FLORIDA CENTRAL & PENINSULAR RAILROAD CO. *v.* GRANT.

FISH, J. Inasmuch as the judge who passed upon and overruled the motion for a new trial did not preside at the trial of the case, and as the preponderance of the evidence was in favor of the defendant and the newly discovered evidence being not merely cumulative, but relating to new and independent facts, which may probably produce a different result upon another hearing, the ends of justice require a new trial. See as to first of above-stated reasons, *Cleveland* v. *Treadwell,* 68 *Ga.* 835.

*Judgment reversed. All the Justices concurring.*

Submitted February 19, — Decided March 3, 1900.

Action for damages. Before Judge Seabrook. Liberty superior court. February 16, 1899.

*A. S. Way* and *Denmark, Adams & Freeman,* for plaintiff in error.

*N. J. Norman, T. A. Parker,* and *G. W. Beckett,* contra.